JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HASSEH EL BEY, et al., | CASE NUMBER: |
|---|---|
| Plaintiff, | CV18-04832 CJC (DFM) |
| v. | **ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |
| MAKEBA MIMS, et al., | |
| Defendant(s). | |

On  June 8, 2018 , the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint ~~with a certified copy of the Trust Account Statement and Disbursement Authorization~~ or pay the filing fee within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: July 11, 2016

_____
United States District Judge

Presented by:

_____
Douglas F. McCormick
United States Magistrate Judge